IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.173.69.78

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/30/2018 19:47:15 | 12416ABA009E6AA0717DBC1725B00FB4E24C38CC | Inside Millas Sexy Body |
| 09/30/2018 19:42:24 | B0568AF726BB427E985A22547A58E850DA404BD8 | Surprise Sex For Three |
| 09/30/2018 19:40:45 | 7DB1A69CAE7C25AF8FAC948845DBFC985AE65CC3 | Sex With Gymnasts |
| 09/30/2018 19:33:40 | 484FA88462A4177609A2F12E412BA1436F7316F3 | Teach Me About Sex |
| 09/30/2018 19:26:55 | DD1A21ACF87BED6A1FAC861C068905DF45CE265C | My First Video Is A Threesome |
| 09/30/2018 19:23:08 | 30B17A3987B1D97811CF83649C5650A9317D2089 | Fashion Model Bikini Lesbians |
| 09/30/2018 19:10:49 | B84D89B496749C0AFBDB2EDE3A1701AFBEFB7BA9 | Everybody Plays Three Ways |
| 09/30/2018 19:09:46 | 12E419563557B90693A31B45D5034D3DE39522D4 | Sexy Movies Cum Inside |
| 09/30/2018 19:06:08 | E5C78C734F02C09CF522386C609A75189513EAD4 | Blowjob or Blowfish |
| 08/18/2018 03:07:36 | 20A039A64E910878FD45098BFD2F4D3848C2C384 | Sunset Love |
| 08/18/2018 02:01:42 | AF249462B1863A8930BB7938F45EB62688C9CC2D | Moving Day Sex |
| 08/18/2018 01:48:00 | F64575E3211F34A4AF52BC05950A7511B180ACC4 | Lust At First Sight |
| 08/18/2018 01:45:25 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 08/18/2018 01:40:01 | C76B78F847DACF96BADE83D961E682EC73D941EE | Your Luckiest Night |
| 08/18/2018 01:30:44 | 27E955743A676CCB05D14BCFDA8FB51AFB2B2734 | The Morning After |
| 08/18/2018 01:30:27 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 08/18/2018 01:11:17 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 08/18/2018 01:07:52 | 6E44CBAF75F83C7E75FCCEB7F9C30AADC5A433B0 | Young 18 Year Old Couple in Hot Summer Sex |
| 08/18/2018 01:06:59 | 562280E9FA64F2F664289D871584662E554B3FFB | Two Gentlemen and A Lady |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NIL952